ALEXANDER J. TAYLOR
(CA State Bar #332334)
Attorney Email Address: ataylor@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN C. BONADIES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:20-cv-09382-JCS<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Justin C. Bonadies ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, Wells Fargo Bank, N.A., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

DATED: June 17, 2021                                  Respectfully submitted,

                                                      **JUSTIN C. BONADIES**

                                                      By: */s/ Alexander J. Taylor*

                                                      ALEXANDER J. TAYLOR, Esq.
                                                      (CA State Bar #332334)
                                                      ataylor@sulaimanlaw.com
                                                      SULAIMAN LAW GROUP, LTD.
                                                      2500 S. Highland Ave., Ste. 250
                                                      Lombard, IL 60148

1

Telephone: (630) 575-8181
Facsimile: (630) 575-8188

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2021, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Northern District of California, which will accomplish service on all counsel of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.