1  Alejandro E. Figueroa (Cal. Bar No. 332132)
2  alejandrof@sulaimanlaw.com
   SULAIMAN LAW GROUP, LTD.
3  2500 South Highland Avenue, Suite 200
   Lombard, IL 60148
4  Telephone: (630) 575-8181
   Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

6

7  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
8  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
9  SEVERSON & WERSON A Professional Corporation
   One Embarcadero Center, Suite 2600
10 San Francisco, California 94111
   Telephone: (415) 398-3344
11 Facsimile: (415) 956-0439

12
   COURTNEY C. WENRICK (State Bar No. 286380)
13 ccw@severson.com
   SEVERSON & WERSON A Professional Corporation
14 The Atrium
   19100 Von Karman Avenue, Suite 700
15 Irvine, California 92612
   Telephone: (949) 442-7110
16 Facsimile: (949) 442-7118
17 *Attorneys for Defendant*
   *WELLS FARGO BANK, N.A.*
18

19              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
20

21 | | |
|---|---|
22 | JUSTIN C. BONADIES, | |
   | Plaintiff, | Case No. 3:20-cv-09382-JCS |
23 | | |
   | v. | **JOINT MOTION FOR DISMISSAL** |
24 | | |
   | WELLS FARGO BANK, N.A., | |
25 | | |
   | Defendant. | |
26 | | |

27
   Plaintiff, Justin C. Bonadies ("Plaintiff") and Defendant, Wells Fargo Bank, N.A.
28

1

("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this action in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss to this action with prejudice pursuant to the parties' settlement. The parties shall bear his/its own attorneys' fees and costs.

DATED: October 27, 2021

| | |
|---|---|
| */s/ Alejandro E. Figueroa* | */s/ Courtney C. Wenrick (with consent)* |
| Alejandro E. Figueroa, Esq, | MARK D. LONERGAN (State Bar No. 143622) |
| (Cal. Bar No. 332132) | mdl@severson.com |
| alejandrof@sulaimanlaw.com | REBECCA S. SAELAO (State Bar No. 222731) |
| SULAIMAN LAW GROUP, LTD. | rss@severson.com |
| 2500 South Highland Avenue, Suite 200 | SEVERSON & WERSON A Professional Corporation |
| Lombard, IL 60148 | One Embarcadero Center, Suite 2600 |
| Telephone: (630) 575-8181 | San Francisco, California 94111 |
| Facsimile: (630) 575-8188 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| | |
| | COURTNEY C. WENRICK (State Bar No. 286380) |
| | ccw@severson.com |
| | SEVERSON & WERSON A Professional Corporation |
| | The Atrium |
| | 19100 Von Karman Avenue, Suite 700 |
| | Irvine, California 92612 |
| | Telephone: (949) 442-7110 |
| | Facsimile: (949) 442-7118 |
| | *Attorneys for Defendant* |
| | *WELLS FARGO BANK, N.A.* |