# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN C. BONADIES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.  3:20-cv-09382-JCS<br><br>**~~PROPOSED~~ ORDER** |

Plaintiff, Justin C. Bonadies ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Defendant"), having filed with this Joint Motion for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Motion for Dismissal is approved. The action against Wells Fargo Bank, N.A. is hereby dismissed with prejudice. Each party shall bear his/its own costs and attorney fees.

DATED: October 28, 2021

_____
JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE

1